RECEIVED
(Rev. 5/1/13)

NOV 0 7 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT   DIVISION

_Alonzo E. Allen_
_____
Plaintiff

Prisoner #  _246187_

VS.

_Hearns et al_
_____
Defendant

Civil Action No. __5:16-CV-01514__ SEC. P

Judge  _Foote_ _____

Magistrate Judge  _Mark L. Hornsby_ _____

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I.   **Previous Lawsuits**

a.   Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [     ]   No [ X ]

b.   If your answer to the preceding question is "Yes," provide the following information.

1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2.   Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.   Docket number(s): _____

4.   Date(s) on which each lawsuit was filed: _____

5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

Page 1 of 4

*(Rev. 5/1/13)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [ ]    No [ ]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.   a.   **Name of institution and address of current place of confinement:**

*David Wade Correctional Center 670 Bell Hill Rd Homer, La. 71040*

b.   Is there a prison grievance procedure in this institution?

Yes [X]    No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [X]    No [ ]

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.   **Parties to Current Lawsuit:**

a.   Plaintiff, *Alonzo E. Allen*

Address   *670 Bell Hill Rd. Homer, La. 71040*

(Rev. 5/1/13)

b.    Defendant, _Pamela Hearns_ , is employed as _Medical Doctor_ at _David Wade Correctional Center_.

Defendant, _Bruce Fuller_ , is employed as _medical Doctor_ at _David Wade Correctional Center_.

Defendant, _Michelle Norris_ , is employed as _Registered Nurse_ at _David Wade Correctional Center_.

Additional defendants, _Paula Millwee, RN/Director of Nursing; L. Hamilton, R.N; Jeffery Jackson LPN; Tammy Poole R.N; Col. Evans; Capt. Reinhart; Debrooh Cody_

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

P. Hearns M.D. — 12/18/12 til present has been negligent in performing proper test and examinations to determine true prognosis of my medical conditioning therefore causing prolonged unwanted pain N suffering Negligent in issuing correct duty status

B. Fuller M.D. — 12/18/12 has issued prescriptions for high B.P med that made me more sick. performed Surgery on me with unsanitary tools that caused me to catch staf infection. has not issued proper duty status for my illnesses

M. Norris R.N. — has been down right nasty speech N attitude talks to everyone as if though you're Filt very unprofessional and showing little ethical responsibility to the Nursing profession has sent me out to work with extreme

Attachment(1)continued From Page 3 of 4

b. additional defendants,

    — Classification Officer; Capt. Riche;
Bill Martin R.N; Joel Williams R.N; Capt. Hamilton; T. Harris, R.N;
Capt. Kimble

IV. Statement of Claim


                    continued From Page 3 of 4
high BP reading and in severe pain on various occassions.
charged me repeatedly for the same or same nature of com
plaint. Assisted in performing surgery on me with unsanitary
tools causing staf infection; has plotted with Capt Riche
and other Nurses and Capt Kimble to have me locked
up/written up for malingering/Agg work offense A
disgrace to the Nursing profession.
Paula Millwee R.N. Sigevisor of Nursing — Negligent in
placing me on M.D. callout in time manner; has to me
that DWCC does not have the proper funding/limited cash
to spend on inmates; has been racially biased when inmates
of white race have similar complaint sends them to special-
ist to see to it that they receive the finest of care gaid
and for however long needed regardless of cost; Wrote
me up for malingering on 10-18-16 when my BP was
high and I was in severe pain from Lupus bowen joint

Attachment (2) continued From page 3 of 4

L. Hamilton R.N. — very nice demeanor; doesn't even check your vital signs lots oF times charge you every time even For continuous ongoing chronic illnesses; wants to help more but she has to do as told to do so; Refuse to give duty status

JeFFery Jackson — nasty attitude refuses to give medication to inmates iF they aren't with their dorm when it is not the inmates Fault if security lets everyone out at the same time He is a Faggott Lets certain inmates masterbate while he watches Sent me out to work with bleeding hemmoroids. Tammy Poole RN — very disturbed has little compassion For inmates act as iF though she may be dragged often times; repeatedly charges one For the same/same nature complaints

Col Evans — hesitant to step in and make a judgement call Always ride along with medical and back security in their lies Held court on me and Found me guilty of malingering when I had ARP pending against him (Conflict of Interest) on 10-25-16 Given job title only to be the "Fall Guy"

Capt. Reinhart — does not honor a Medical Duty Status, says that he has a job to do and that it Doesn't exactly agree with medical But either go to work and perform to Fullest or be written up and/or locked up

Page 3 of 4

Attachment (3) continued From Page 3 oF 4

Deborah Cody Classification OFFicer — a big liar who thinks that the inmate is always wrong; has never tried to give me a job change within my physical limitation; always backs DWCC authorities in their actions professional but racist has nothing for blacks except to be enslaved blacks are always last on her list For everything education job change programs or whatever she has an excuse to disqualify you.

Bill Martin R.N. — professional but has too little compassion For sick individuals always charges regardless of repeat ongoing chronic illness or not try to use his positioning and the fact that security has his back to his advantage always always has some threatening remarks

J. Williams R.N. — racist nurses has nothing For blacks at all Few whites nasty attitude always threatening to write one up might give you the wrong medicine purposedly to kill you

Capt Kimble — locked me up and had me placed under mental observation For complaining about ants all over my body and bed on H-1-B tier Told me that I was digging my own ditch with Medical; will beat one up For no apparent reason; shows Favor to whites; I'm very Frightened oF him

Page 3 oF 4

Capt Hamilton — I'm just so very afraid of him. He has come into the infirmary on various occassions and made remarks like "why R u always here more than I, I have business here" referring to his wife R.N. Hamilton. I be sick And that is my only reason For making sick call.

Warden Goodwin — concerned about the well being of his inmates but doesn't have a clue on some of the wrong that goes on at DWCC. I've wrote and or talked to him on various occassions in reference to this Complaint He promise me that he gonna check on things but I'm not exactly sure if that happens cause matter only get worse. I've Followed the proper chain of Command trying to resolve this issue, but to no avail. My life is at risk of imminent harm and danger iF not death being here at DWCC.

Attachment (4)          Page 3 oF 4

*(Rev. 5/1/13)*

**V.    Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Order that I be placed in Protective Custody until such time that I can be transferred to another Facility... And, order that I be examined by outside Specialist immediately. Issue Temporary Restraining Order that continued harrassment & made up RVRs' be made to stop. Severe Pain. Life is in imminent danger

**VI.    Plaintiff's Declaration**

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___3^RD___ day of ___November___, 20 _16_ .

_____246187_____                    _Alonzo E. Allen_
**Prisoner no. (Louisiana Department of**          **Signature of Plaintiff**
**Corrections or Federal Bureau of Prisons)**