FORM B-05-001-A
20 August 2013

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

High Court

INSTITUTION: David Wade Correctional Center

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Allen, Alonzo | 246187 | 18 October 2016 | Approx. 0817 hrs. |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| North Infirmary | Crew 1 | H1B |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Malingering | 15 |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On the above date and approximate time, offender Alonzo Allen, 246187, made routine sick call. I, Nurse Paula Millwee, examined offender Allen and found there to be no clinical significance to his complaint. Offender Allen has made repeated sick calls that have had little to no merit. Offender Allen is in violation of Rule #15 Malingering which states, "A qualified medical staff person determines that an offender has made repeated and frequent complaints at sick call having little or no clinical significance." Captain Riche was notified.

11. Offender Placed in Administrative Segregation   ☐ Yes   ☒ No

| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) |
|---|---|
| *Paula Millwee RN* | Paula Millwee, R.N., Supervisor of Nursing |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above offender by: | 17. Offender's Signature |
|---|---|---|---|
| 18 October 2016 | 0849 hrs. | | |

18. Plea by Offender:   ☐ Not Guilty   ☐ Guilty

19. Verdict:   ☐ Not Guilty   ☐ Guilty

20. Date of Hearing:

21. Counsel Substitute:

DOC #:

22. Disciplinary Court Motions: Refer to Form B-05-001-B.

23. Reasons For Disposition:
☐ Report is clear and precise.    ☐ Lack of credible defense/little or no defense.    ☐ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's.    ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.    ☐ The offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.    ☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☐ Seriousness of offense    ☐ The need to protect the institution, employees or other.

☐ Poor conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since: _____.

   A total of _____ # _____ rule violations since_____.

☐ Other: _____

| 25. Sentence:   ☐ Suspended   ☐ Imposed _____ Days | 26. Sentence:   ☐ Suspended   ☐ Imposed _____ Days |
|---|---|

DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board ...der restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

_____            _____
...IRMAN (DISCIPLINARY OFFICER)                          MEMBER

#2

CASE NUMBER:  DWCC-2016-0542

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO:  Allen, Alonzo 246187                          H1B
                                                   Living Quarters

Response to request dated 06/08/2016, received in this office on 06/10/2016

I have reviewed your request for administrative remedy in which you claim inadequate medical care because you have not been referred to an urologist for your complaints. Offenders are only referred to outside specialist if the need is determined by the DWCC physician. You have been examined twice in the past month by Dr. Fuller with the most recent examination on 6/30/16. You were found to have hemorrhoids and constipation. You were ordered to receive a stool softener, Metamucil, and a hemorrhoidal cream. If your symptoms worsen after this treatment is complete you are encouraged to make repeat sick call so that you can be re-examined. You current symptoms would not require an Urologist. If your symptoms do not improve, and a specialist is found to be warranted, you will be sent to a gastroenterologist for your hemorrhoids. You are also concerned about your charges for medical care. As per DOC policy, all self initiated sick calls are subject to an access fee. A self initiated request is any request initiated by the offender whether it is for sick call or an emergency. It does not matter if the offender is seeking treatment for an ongoing or chronic problem for which previous treatment has been sought. You are requesting copies of your sick calls. Any information that is derived from a clinical relationship between the offender and a healthcare provider is considered confidential. Medical records shall be available to persons having legitimate interest after the offender signs the Release of Medical Information form, and advanced fees are collected. Your medical needs are being appropriately addressed and you have not been overcharged.

Prepared by

_____7/14/16_____
           Date

_____
           Unit Head

Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:
_____
_____
_____
_____

CASE NUMBER: DWCC-2015-0931

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: Allen, Alonzo 246187

H1B
Living Quarters

Response to request dated 09/29/2015, received in this office on 10/02/2015

I have reviewed your request for administrative remedy in which you claim inadequate medical care and an overcharge for medical services. All self initiated sick calls are subject to an access fee. As per DOC policy, a self initiated request is any request initiated by the offender whether it is for routine sick call or an emergency. It does not matter if the offender is seeking treatment for an ongoing or chronic problem for which previous treatment has been sought. Offenders shall be charged a $3 access fee for each request for healthcare services during routine sick call times, and $6 access fee for sick calls made outside of routine sick call times. Your have been followed in chronic clinic every three months, and annually by the physician at no charge for your chronic medical condition of high blood pressure. You have been referred and seen by the DWCC physicians for your other complaints of feet pain, and prostate problems which has resulted in increased urination. Your medical needs are being appropriately addressed and you have not been overcharged.

Prepared by: _____

_____
Date 11/11/15

_____
Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason: _____
_____
_____
_____
_____

_____        _____
Date                                     Offender's Signature    DOC#

### Department of Public Safety & Corrections
#### State of Louisiana
David Wade Correctional Center

JOHN BEL EDWARDS
GOVERNOR



JAMES M. LE BLANC
SECRETARY

To:    ● 　ALONZO ALLEN  #246187
       H1B / DWCC

FROM:

Jerry Goodwin    *Jerry W. Goodwin*
Warden

Date:    07/22/2016

Subject:    Medical
Control Number:    246187 Alonzo Allen

According to the Medical Department, you were evaluated by Dr. Fuller on 6/2/16 and found to have a probable ganglion cyst on your foot. A ganglion cyst is a harmless tumor that can go away on its own. You were evaluated by Dr. Fuller on 6/30/16 related to your hemorrhoids. You were found to have no active bleeding and no signs of thrombosis to your hemorrhoids. You were given Metamucil, a hemorrhoidal cream, and a stool softener. A specialist is only consulted if deemed necessary by the DWCC physicians. Your medical needs are being appropriately addressed

CASE NUMBER: DWCC-2015-0931

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: Allen, Alonzo 246187

H1B
Living Quarters

Response to request dated 09/29/2015, received in this office on 10/02/2015

I have reviewed your request for administrative remedy in which you claim inadequate medical care and an overcharge for medical services. All self initiated sick calls are subject to an access fee. As per DOC policy, a self initiated request is any request initiated by the offender whether it is for routine sick call or an emergency. It does not matter if the offender is seeking treatment for an ongoing or chronic problem for which previous treatment has been sought. Offenders shall be charged a $3 access fee for each request for healthcare services during routine sick call times, and $6 access fee for sick calls made outside of routine sick call times. Your have been followed in chronic clinic every three months, and annually by the physician at no charge for your chronic medical condition of high blood pressure. You have been referred and seen by the DWCC physicians for your other complaints of feet pain, and prostate problems which has resulted in increased urination. Your medical needs are being appropriately addressed and you have not been overcharged.

Prepared by: _____

_____
Date 11/11/15

_____
Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( ) I am not satisfied with this response and wish to proceed to Step Two.

Reason: _____
_____
_____
_____
_____

_____
Date

_____
Offender's Signature    DOC#

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2016 -0542

TO:  <u>Alonzo Allen 246187</u>                    <u>H1B</u>
        Offender's Name and Number              Living Quarters

<u>06/08/2016</u>
Date of Incident

X                    ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                     issued within 40 days of this date.

                     REJECTED:  Your request has been  rejected for the following reason(s):

                                                              <u>Tommy Garrett</u>
<u>06/10/2016</u>                                     Warden's Signature or Designee
       Date

TO:        Alonzo Allen   246187   H1B

FROM:      Tommy Garrett
           Executive Staff Officer

DATE:      June 10, 2016

RE:        Administrative Remedy Procedure - Backlog Process

You currently have a Request for Administrative Review at the institutional and/or headquarters level, the request you submitted for administrative remedy that was received in this office on June 10, 2016 will be logged into the ARP system as <u>ARP-DWCC-16-0553.</u> This request will not be handled until all previously accepted requests have been completed at the institutional and/or Headquarters level.

Be clearly advised that, when applicable, all additional requests for Administrative Remedy received from you by this office will be processed pursuant to the above Administrative Remedy Procedure.

cc:     Inmate File

/tg

# Memorandum

**To:**      Alonzo Allen   246187   H1B

**From:**   Tommy Garrett
           Executive Staff Officer

**Date:**   9/15/2016

**Re:**      Status of ARP DWCC-16-0542

ARP DWCC-16-0542 is currently at 2nd Step.  You will receive your response as soon as it is rendered.

# MEMO

#9

TO:        Alonzo Allen   246187   H1B

FROM:      Tommy Garrett
           Executive Staff Officer

DATE:      July 21, 2016

RE:        ARP-DWCC-16-0542
           ARP-DWCC NUMBER

Your request to have the above referenced Administrative Remedy Procedure (ARP) sent to the Secretary has been received.

The necessary documents have been sent to the Secretary for review.

#10

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: DWCC-2016-0542

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: Allen, Alonzo    246187                              DWCC
    Offender Name and Number                             Living Unit

Response to Request Dated 07/15/2016, Received in this Office on 07/28/2016:

Your request for an Administrative review of ARP# DWCC-2016-0542 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

It has been determined that your complaint is without merit.  The Medical staff has addressed your concerns in an appropriate manner and in accordance with Health Care Policy # B-06-001.  As stated in the first step response, you are encouraged to seek sick call so that you can be re-examined and if you are still experiencing the problems that you noted in your grievance.  This will give the medical staff the opportunity to update your treatment plan, if warranted.  Medical opinion is controlling.  The care you have received as well as the care you will continue to receive from the Medical staff is determined adequate for your health care concerns.  It should be noted that during the time frame of 2/11/16 thru 6/30/16 your account was only assessed once, which was appropriate based on Department Regulation No. B-02-001, HC-02.  Since your sick call request of 6/21/16 was self initiated, your account was appropriately assessed a $3.00 co-payment fee.  As such, this office has accepted staff's position in this matter and concurs with the response provided at the First Level.  Therefore, administrative intervention is not forthcoming.

Your request for relief is denied.

_9/2 /16_____
            Date

_____
Secretary's Signature or His Designee