UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ALONZO E. ALLEN | CIVIL ACTION NO. 16-1514-P |
| VERSUS | JUDGE FOOTE |
| DR. PAMELA HEARNS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order (Doc. 12) is **DENIED. IT IS FURTHER ORDERED** that motion to expedite consideration (Doc. 13) is **DENIED** as moot.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this ____ day of _____ 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE